**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRUNSON ROBERTS
ADC #127841**                                                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 5:12CV00166 SWW/BD**

**M. AUSTIN and
ESTELLA MURRAY/BLAND**                                                          **DEFENDANTS**

### ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Roberts's the timely objections[1], as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Roberts's motion for preliminary injunction (docket entry #5) is DENIED, this 14th day of June, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff includes with his objections his own and others' declarations alleging retaliation, harassment, and writing of false disciplinaries, claims that are not before the Court and against persons not named in the action before the Court.