# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC #127841                                                                               PLAINTIFF

V.                              CASE NO. 5:12CV00166 SWW/BD

M. AUSTIN and
ESTELLA MURRAY/BLAND                                                          DEFENDANTS

## ORDER

The Partial Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere has been received, and no objections to the Recommendation have been filed. The Recommendation should be, and hereby is, approved and adopted in all respects.

Mr. Roberts's motion for default judgment (docket entry #24) is DENIED, this 12th day of March, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE