**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BRUNSON ROBERTS
ADC #127841**                                                                                          **PLAINTIFF**

**V.                              CASE NO. 5:12CV00166 SWW/BD**

**M. AUSTIN and
ESTELLA MURRAY/BLAND**                                                            **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, the timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for partial summary judgment (docket entry #20) is GRANTED. Mr. Roberts's deliberate-indifference claims against Defendants Austin and Bland are DISMISSED, with prejudice.[1]

IT IS SO ORDERED this 31st day of July, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Defendants may file a separate motion for leave to file a dispositive motion on the remaining claim of retaliation.