## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**BRUNSON ROBERTS**
**ADC #127841**                                                                                   **PLAINTIFF**

**V.**                                   **CASE NO. 5:12CV00166 SWW/BD**

**M. AUSTIN and**
**ESTELLA MURRAY/BLAND**                                                              **DEFENDANTS**

### ORDER

The Court has received a Recommended Disposition ("Recommendation") from

Magistrate Judge Beth Deere.  After careful review of the Recommendation, Mr. Roberts's timely

objections, as well as a *de novo* review of the record, the Court concludes that the

Recommendation should be, and hereby is, approved and adopted as this Court's findings in all

respects.

The Defendants' motion for summary judgment (docket entry #46) is GRANTED. Mr.

Roberts's retaliation claim against Defendant Austin is DISMISSED, without prejudice.  His

claim that Defendant Murray/Bland denied him specific medical products in retaliation for

exercising his First Amendment right is DISMISSED, with prejudice.

To the extent that Mr. Roberts claims that Defendant Murray/Bland retaliated against him

for using the grievance procedure, or that she retaliated against him by denying him a "double

cuff" script, those claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.


                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT JUDGE