IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

BRUNSON ROBERTS
ADC #127841                                                                                              PLAINTIFF

V.                              CASE NO. 5:12CV00166 SWW/BD

M. AUSTIN and
ESTELLA MURRAY/BLAND                                                               DEFENDANTS

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Roberts's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion for summary judgment (docket entry #46) is GRANTED. Mr. Roberts's retaliation claim against Defendant Austin is DISMISSED, without prejudice. His claim that Defendant Murray/Bland denied him specific medical products in retaliation for exercising his First Amendment right is DISMISSED, with prejudice.

To the extent that Mr. Roberts claims that Defendant Murray/Bland retaliated against him for using the grievance procedure, or that she retaliated against him by denying him a "double cuff" script, those claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 28th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

1