**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**BRUNSON ROBERTS**
**ADC #127841**                                                                                          **PLAINTIFF**

**V.**                            **CASE NO. 5:12CV00166 SWW/BD**

**M. AUSTIN and**
**ESTELLA MURRAY/BLAND**                                                     **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED.

IT IS SO ORDERED this 28th day of January, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE